COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Samuel J. Burleson v. Texas Department of Criminal Justice, et al

Appellate case number:   01-17-00565-CV

Trial court case number: 1728162

Trial court:             12th District Court of Walker County

       Although the court reporter filed an info sheet stating that no reporter's record was taken, the clerk's record has yet to be filed due to nonpayment. Appellant has filed a statement of inability to pay costs on appeal and an additional affidavit complying with the requirements for inmate litigation under Chapter 14 of the Civil Practice and Remedies Code. Upon due consideration of appellant's statement of inability to pay costs on appeal, the Clerk of this Court is **ORDERED** to deem appellant indigent and allowed to proceed on appeal without advance payment of costs.

       Accordingly, we **ORDER** the district clerk to file the clerk's record, with a copy to appellant, at no cost to appellant **within 20 days of the date of this Order**.

       It is so ORDERED.

Judge's signature: /s/ Jane Bland
                Acting individually


Date:  August 23, 2018